

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00443-CR

**IN RE** Darrell Eugene **BATES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: July 2, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On June 20, 2014, relator Darrell Eugene Bates filed a petition for writ of mandamus, complaining that the trial court has failed to respond to various pro se motions filed in his underlying criminal proceedings. In both of the criminal cause numbers identified in relator's petition, relator was convicted of felony burglary of a building, and no appeals were taken to this court. Relator asks this court to order the trial judge to correct the final judgments of conviction which he contends reflect an illegal enhancement.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp.

---

[1] This proceeding arises out of Cause Nos. 2010CR12259 and 2011CR1251W, styled *The State of Texas v. Darrell Eugene Bates*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.

2013); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH